IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CONNIE PHILLIPS,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 3:16-cv-271

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER: (1) APPROVING THE PARTIES' JOINT STIPULATION FOR AN AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 9); AND (2) AWARDING PLAINTIFF $3,600.00 IN EAJA FEES AND $400 IN COSTS**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation in which they agree that Plaintiff should be awarded attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Doc. 9. Based upon the parties' stipulation in which they present no dispute that all requirements are met for a reasonable award under EAJA, the Court: (1) **APPROVES** the parties' joint stipulation (doc. 9); and (2) **GRANTS** Plaintiff EAJA fees in the amount of $3,600.00 and costs in the amount of $400. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date: 4-18-17

Walter H. Rice
United States District Judge